UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WENDY WOOD,<br>      Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | No. 1:12-cv-351<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

The Court has affirmed the decision of the Commissioner of Social Security.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   January 12, 2015                                       /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge